IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ALMA TUTT JENNINGS,              *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *    CV 119-201
                                 *
MACY'S CORPORATE SERVICES,       *
INC.; MACY'S RETAIL HOLDINGS,    *
INC.; MACY'S.COM, LLC; MACY'S    *
BACKSTAGE, INC.; and             *
DEFENDANTS A, B, AND C,          *
                                 *
     Defendants.                 *
```

**O R D E R**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff and Defendants jointly move the Court for an order dismissing Defendants Macy's Corporate Services, Inc.; Macy's.com, LLC; and Macy's Backstage, Inc. Upon due consideration, the Court **GRANTS** the motion (Doc. 12). **IT IS HEREBY ORDERED** that Macy's Corporate Services, Inc.; Macy's.com, LLC; and Macy's Backstage, Inc. are **DISMISSED WITHOUT PREJUDICE.** The action shall proceed as to the remaining defendants.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA